IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*****************************************

MARTIN W. BRYANT,
        Plaintiff,                        Civil Action No.
                                             05-CV-137
     v.                                       GLS/GJD

COMMISSIONER OF SOCIAL           **STIPULATION OF**
SECURITY,                                         **REMAND**

        Defendant.

*****************************************

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: 8/23/05                               /s/Howard D. Olinsky

                                             Howard D. Olinsky, Esq.
                                             Olinsky & DiMartino
                                             Historic First National Bank Building
                                             186 West First Street
                                             Oswego, New York 13126
                                               Attorney for Plaintiff

Dated: August 23, 2005                GLENN T. SUDDABY
                                             United States Attorney
                                             P.O. Box 7198
                                             100 S. Clinton Street
                                             Syracuse, New York 13261-7198

                                       By:    /S/ William H. Pease
                                               William H. Pease - 102338
                                               Assistant U.S. Attorney

SO ORDERED:
Dated:
    Syracuse, New York
    Aug 23 05                         HON. GUSTAVE J. DIBIANCO
                                             U.S. MAGISTRATE JUDGE